CONTINENTAL TRAILWAYS, INC., PLAINTIFF-RESPONDENT-CROSS-APPELLANT, v. DIRECTOR, DIVISION OF MOTOR VEHICLES, DEFENDANT-APPELLANT-CROSS-RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued December 5, 1984—Decided January 2, 1985.
Resubmitted February 19, 1985—Decided March 1, 1985.

Before Judges MATTHEWS, FURMAN and RICHARD S. COHEN.

*Martin L. Wheelwright,* Deputy Attorney General, argued the cause for appellant-cross-respondent (*Irwin I. Kimmelman,* Attorney General, attorney; *James J. Ciancia,* Assistant Attorney General, of counsel).

*Joseph T. Wilkins* argued the cause for respondent, cross-appellant.

PER CURIAM.

For the reasons set forth in our opinion of January 2, 1985, 201 *N.J.Super.* 71, we affirmed the judgment of the Tax Court 6 *N.J.Tax* 42 (1983), on appeal, except for our vacation of the provision of that judgment ordering a refund of overpaid taxes from November 1977 to June 1979 and awarding post-judgment interest on the refund. We remanded for resolution between the parties of the method and terms governing credit to plaintiff for overpaid taxes, and we retained jurisdiction.

Upon concurrence of the parties that a credit to plaintiff for overpaid taxes is impractical, the Tax Court on February 7, 1985 ordered a refund of $55,392.64 to plaintiff and post-judgment interest on that amount.

We affirm the Tax Court's order of February 7, 1985, in accordance with our holding in our opinion of January 2, 1985 that plaintiff was entitled to such lump sum refund and to post-judgment interest unless the parties reached an agreement for a credit to plaintiff against future taxes.